DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE COHOON

No. 68P83.

Case below: 60 N.C. App. 226.

Petition by Ziman for discretionary review under G.S. 7A-31 denied 8 March 1983.

IN RE WARREN

No. 15P83.

Case below: 59 N.C. App. 738.

Petition by respondents Warren for discretionary review under G.S. 7A-31 denied 8 March 1983.

LEONARD v. JOHNS-MANVILLE SALES CORP.

No. 697PA82.

Case below: 59 N.C. App. 454.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 8 March 1983.

MANHATTAN LIFE INS. CO. v. MILLER MACHINE CO.

No. 43P83.

Case below: 60 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 March 1983.

MESSER v. TOWN OF CHAPEL HILL

No. 69P83.

Case below: 59 N.C. App. 692.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 March 1983. Motion by defendants to dismiss appeal for lack of significant public interest allowed 8 March 1983.